SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LATANYA WILLIAMS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>DORIS R. MARROQUIN D/B/A PRINCESS BEAUTY SALON; ANTONINO PEDRAZA; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-06416-HDV (PDx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LATANYA WILLIAMS ("Plaintiff") and Defendant DORIS R. MARROQUIN D/B/A PRINCESS BEAUTY SALON stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Defendant ANTONINO PEDRAZA, has not filed an Answer and instead filed an application for stay and early mediation as a response, which means there is no need for the aforementioned Defendant to stipulate to dismiss.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED:  November 8, 2024          SO. CAL. EQUAL ACCESS GROUP


By:    /s/   Jason J. Kim_____
          Jason J. Kim
          Attorneys for Plaintiff


DATED:  November 8, 2024


By:    /s/ Doris R. Marroquin_____
          DORIS R. MARROQUIN D/B/A PRINCESS
          BEAUTY SALON, as in pro se


### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)
Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all
signatories listed, and on whose behalf the filing is submitted, concur in the filing's
content and have authorized the filing.


Dated:  November 8, 2024          By: /s/ Jason J. Kim_____
                                            Jason J. Kim


**IT IS SO ORDERED.**

**DATED:** 11/11/24 _____

_____
**U.S. DISTRICT JUDGE**

-2-

STIPULATION FOR DISMISSAL

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On November 8, 2024, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Doris R. Marroquin
c o Princess Beauty Salon
2612 W Pico Blvd
Los Angeles CA 90006

Antonio Pedraza
2618 West Pico Boulevard
Los Angeles CA 90006

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL**

(X)     BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )     BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )     BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )     BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )     BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 8, 2024, at Los Angeles, California.

-2-

STIPULATION FOR DISMISSAL